UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-7071 CJC (MRWx) | Date | April 22, 2020 |
|---|---|---|---|
| Title | Whitaker v. Tierra Restaurants | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**   ORDER TO SHOW CAUSE

   1.   Plaintiff filed a discovery motion (to compel initial disclosures) that is not in the joint format mandated under the Local Rules. (Docket # 25.) The motion is accompanied by a statement that indicates that Defendant failed to confer in accordance with this Court's Local Rule 37-1. (Docket # 25-2.)

   2.   A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Defendant is ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process[1] and to submit a substantive response to the discovery motion by May 4, at 12:00 p.m. If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings. The Court will also award expenses to the moving party as required under Federal Rule of Civil Procedure 37(a)(5).

   3.   Due to the ongoing court closure for the coronavirus outbreak, the hearing on the motion (requested for May 27) is VACATED. The Court will contact the parties if any telephone or video conference will be set in the action.

---

   [1]   Through a simple search of CM/ECF, the Court is aware that Mr. Chandler is the lead defense attorney in another ADA action with the Potter Handy firm filed on the same day as this case. Whitaker v. Aviano LLC, No. CV 19-7070 RSWL (MAAx) (C.D. Cal.). A review of the discovery and sanctions motions in the Aviano action shows that Mr. Chandler failed to participate in the meet-and-confer process mandated by the Local Rules there, too. He can explain why in his response to this OSC.