UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 19-7071 CJC (MRWx) | Date | July 8, 2020 |
| Title | Whitaker v. Tierra Restaurants | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**     ORDER TO SHOW CAUSE

1.     Plaintiff filed a second motion in this action that is not in the joint format mandated under the Local Rules. (Docket # 30.) This motion seeks evidentiary and case-terminating sanctions against Defendant for failure to comply with this Court's previous order (Docket # 27) compelling the production of initial disclosures

2.     The Court previously informed the defense that a party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Defendant is ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process <u>and</u> to submit a substantive response to the motion by <u>July 22, at 12:00 p.m.</u> If no submission is received, Judge Wilner will likely recommend to the district judge that the motion will be granted as unopposed under local rule and that judgment be entered without further proceedings.

3.     Additionally, Mr. Chandler is ORDERED to personally submit a declaration explaining the circumstances of his / his client's conduct in this action.

4.     Due to the ongoing court closure for the coronavirus outbreak, the hearing on the motion is VACATED. The Court will contact the parties if any telephone or video conference will be set in the action.