UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Brian Whitaker**,

    Plaintiff,

v.

**Tierra Restaurants, LLC,** a California Limited Liability Company; and Does 1-10,

    Defendants.

Case: 2:19-CV-07071-CJC-MRW

Judgment

Following the Court's ruling on July 28, 2020, the Court strikes defendant's Answer and enters JUDGMENT in favor of plaintiff Brian Whitaker and against defendant Tierra Restaurants, LLC, a California Limited Liability Company in the amount of $1,600 as unpaid sanctions.

Additionally, defendant Tierra Restaurants, LLC, a California Limited Liability Company shall make the following changes or modifications, to the extent not already completed, in compliance the 2010 Americans with Disabilities Act Standards for Accessible Design at the property located at 3818 Sunset Blvd., Los Angeles, California:

1. Provide accessible dining surfaces at the facility Flore Vegan.

Plaintiff shall be the prevailing party in this litigation. A motion for fees and costs, if any, shall be filed by August 24, 2020 in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Central District of California.

Dated: August 13, 2020

By: _____
Hon. CORMAC J. CARNEY
United States District Judge